IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| CARLTON BULLARD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-cv-02500-RLY-MJD |
| | ) |
| ROCHE DIABETES CARE, INC. | ) |
| | ) |
| Defendant, | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety against Defendant with prejudice, with each party to bear his or its own costs and attorneys' fees.

Date: 6/18/2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

**All Counsel of Record via CM/ECF**